UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5
Bankruptcy of
**SCOTT AND BONNIE HARRIS**
Bk. No.
**08-56912**

**EXHIBIT A**

**TOTAL PROFESSIONAL TIME & FEES**

| INITIALS | TIMEKEEPER | HOURLY RATE | HOURS | AMOUNT | |
|----------|------------|-------------|-------|--------|---|
| CCM | CATHLEEN COOPER MORAN | $350.00 | 19.05 | $6,317.50 | * |
| RCM | RENEE C. MENDOZA | $350.00 | 14.05 | $4,917.50 | |
| PRL1 | BARBARA NEWTON / GARY NORTON / NOELLE ALYASSINI | $125.00 | 7.30 | $605.00 | * |
| PRL2 | ANNE GRUGAN | $125.00 | 0.35 | $18.75 | * |
| PRL3 | ERIK RODGERS / STEPHEN MORAN | $125.00 | 10.95 | $1,368.75 | |

|  | HOURS | AMOUNT |
|---|-------|--------|
| TOTAL TIME & FEES IN THIS APPLICATION | 51.70 | $13,227.50 |
| LESS ATTORNEY FEES PREVIOUSLY APPROVED | | < $4,300.00 > |
| TOTAL FEES REQUESTED THIS APPLICATION | | $8,927.50 |

*indicates some discounted fees

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5
Bankruptcy of
**SCOTT AND BONNIE HARRIS**
Bk. No.
**08-56912**

**EXHIBIT B**

**CHAPTER 13 MATTER**
**# 62101**

| INITIALS | TIMEKEEPER | HOURLY RATE | HOURS | AMOUNT | |
|----------|------------|-------------|-------|--------|---|
| CCM | CATHLEEN COOPER MORAN | $350.00 | 16.65 | $5,477.50 | * |
| RCM | RENEE C. MENDOZA | $350.00 | 14.05 | $4,917.50 | |
| PRL1 | BARBARA NEWTON / GARY NORTON / NOELLE ALYASSINI | $125.00 | 2.50 | $275.00 | * |
| PRL2 | ANNE GRUGAN | $125.00 | 0.35 | $18.75 | * |
| PRL3 | ERIK RODGERS / STEPHEN MORAN | $125.00 | 10.95 | $1,368.75 | |
| TOTAL TIME & FEES IN THIS MATTER | | | 44.50 | $12,057.50 | |

*indicates some discounted fees

# MORAN LAW GROUP, INC.

1674 N. Shoreline Blvd.
Suite 140
Mountain View, CA 94043-1375

Ph: 650-694-4700          Fax: 650-694-4818

---

Scott & Bonnie Harris                                     Nov 13, 2009
10735 Visitar St.
Felton, CA 95018

|              |       |
|--------------|-------|
| File #:      | 62101 |
| Inv #:       | 11281 |

RE:    CHAPTER 13

| DATE | DESCRIPTION | HOURS | AMOUNT | INDIV |
|------|-------------|-------|--------|-------|
| Sep-05-08 | Meet with client regarding bankruptcy issues (NO CHARGE) | 1.00 | 0.00 | CCM |
| Sep-30-08 | Exchange emails on questions | 0.20 | 70.00 | CCM |
| Oct-16-08 | Input schedules A through J (SM) | 1.00 | 125.00 | PRL3 |
| Oct-18-08 | Further input of schedules A through J; input paystubs to means test (SM) | 1.25 | 156.25 | PRL3 |
| Oct-20-08 | Further input of schedules A through J (SM) | 1.25 | 156.25 | PRL3 |
| Oct-21-08 | Further input of schedules A through J (SM) | 0.50 | 62.50 | PRL3 |
| Oct-22-08 | Further input of schedules A through J; input SOFA; further input of paystubs to means test (SM) | 2.00 | 250.00 | PRL3 |
| Oct-23-08 | Further input of schedules A through J (SM) | 0.50 | 62.50 | PRL3 |
| Oct-31-08 | Telephone call from Wells Fargo Bank regarding address to add to bankruptcy | 0.10 | 12.50 | PRL2 |
| Nov-20-08 | Email to and from client regarding petition | 0.30 | 105.00 | RCM |
| Nov-21-08 | Email to and from client regarding status of petition and paystubs | 0.20 | 70.00 | RCM |
| Nov-25-08 | Email to and from client regarding case and filing emergency case | 0.30 | 105.00 | RCM |
| Nov-26-08 | Meet with clients to review and sign schedules | 0.30 | 105.00 | RCM |
| Dec-02-08 | Receive and review order to file missing docs | 0.10 | 35.00 | CCM |

| Date | Description | | | |
|---|---|---|---|---|
| | Draft skeleton letter | 0.20 | 70.00 | RCM |
| Dec-09-08 | Draft Request For Special Notice response letter to GE Money Bank (c/o Recovery Mgt Systems) | 0.20 | 25.00 | PRL1 |
| Dec-11-08 | Draft Motion and proposed Order re Extension of Time | 0.40 | 50.00 | PRL3 |
| Dec-15-08 | Draft corrected proposed Order Extending Time | 0.10 | 12.50 | PRL3 |
| Dec-26-08 | Email to and from client regarding bank acocunts | 0.30 | 105.00 | RCM |
| Dec-29-08 | Do liquidation analysis | 0.20 | 70.00 | CCM |
| | Revise schedules; add exemptions; telephone call with client re second job; calculate plan numbers; revise schedule I and J and updates statement of financial affairs | 4.00 | 1,400.00 | RCM |
| | Draft Amendment to Creditor Mailing Matrix | 0.10 | 12.50 | PRL3 |
| Dec-30-08 | Recalculate plan numbers; revise schedule B; revise schedule J; draft plan; draft 2016 and app for attorneys fees and R&Rs | 2.25 | 787.50 | RCM |
| Dec-31-08 | Meet with clients re bankruptcy schedules and answer questions of client regarding monthly payments | 1.50 | 525.00 | RCM |
| | Compare and update mailing matrix for court service | 0.15 | 18.75 | PRL3 |
| Jan-10-09 | Calendar continued 341 hearing date | 0.10 | 35.00 | RCM |
| Jan-12-09 | Email client regarding continued 341 meeting | 0.05 | 6.25 | PRL2 |
| Feb-03-09 | Draft post filing letter | 0.30 | 105.00 | RCM |
| | Calendar events related to avoiding lien | 0.10 | 35.00 | RCM |
| | Draft prehearing statement | 0.30 | 105.00 | RCM |
| Feb-10-09 | Draft motion, request, notice to strip lien of Wells Fargo;  locate corporate officers, headquarters and agent for service of process for WF; obtain recording information for lien to be avoided | 2.00 | 700.00 | CCM |
| | Draft letter to client re secondary debtor education course (GN) | 0.10 | 12.50 | PRL1 |
| Feb-23-09 | Draft email covers to Trustee and send payment advices & taxex (GN) | 0.40 | 50.00 | PRL1 |

| | | | | |
|---|---|---|---|---|
| Mar-02-09 | Call from client re death in family, mortgage issues | 0.40 | 140.00 | CCM |
| Mar-03-09 | Call from Bonnie re terms of mother's trust | 0.20 | 70.00 | CCM |
| | Research property acquired via revocable trust and 541 | 0.40 | 140.00 | CCM |
| | Call from Harris trust attorney re options | 0.20 | 70.00 | CCM |
| | Review exercise of power of appointment | 0.20 | 70.00 | CCM |
| Mar-04-09 | Draft 341 Letter | 0.25 | 31.25 | PRL3 |
| Mar-09-09 | Appear at 341 meeting including shared travel to and from San Jose (calendar began forty minutes late) | 1.00 | 350.00 | CCM |
| Mar-11-09 | Exchange emails re 341 hearing | 0.10 | 35.00 | CCM |
| Mar-13-09 | Prepare certified return receipt mail delivery for QWR letter from clients to Aurora Loan Svcs | 0.30 | 0.00 | PRL1 |
| Mar-17-09 | Letter to trustee re revocable trust | 0.25 | 87.50 | CCM |
| Apr-02-09 | Call from trustee re trust and treatment under bankruptcy law; email questions to client | 0.25 | 87.50 | CCM |
| Apr-03-09 | Exchange emails with client re assets controlled by will | 0.10 | 35.00 | CCM |
| Apr-10-09 | Email exchanges with Outis re what passes per will | 0.10 | 35.00 | CCM |
| Apr-13-09 | Email, then phone call with Outis re assets outside of trust | 0.25 | 87.50 | CCM |
| | Review language of the will and research cases on pour over wills | 0.25 | 87.50 | CCM |
| Apr-14-09 | Exchange emails with Outis re beneficiary designation on IRA's | 0.10 | 35.00 | CCM |
| Apr-20-09 | Fax from trustee with questions on trust issues; email to Outis re info needed | 0.10 | 35.00 | CCM |
| Apr-24-09 | Letter to trustee with requested documents | 0.10 | 35.00 | CCM |
| May-06-09 | Letter to counsel for objecting creditor re good faith issues in objection | 0.25 | 87.50 | CCM |
| | Receive and review trustee amended objection to confirmation | 0.10 | 35.00 | CCM |
| May-27-09 | Exchange emails with Outis re probate | 0.10 | 35.00 | CCM |
| | Receive and review response to QWR from Aurora | 0.20 | 70.00 | CCM |

| Date | Description | | | |
|------|-------------|---|---|---|
| | Exchange email with Outis re probate proceeding | 0.10 | 35.00 | CCM |
| Jun-04-09 | Draft prehearing statement | 0.25 | 87.50 | CCM |
| | Letter to trustee with 2007 tax return | 0.10 | 35.00 | CCM |
| | Email to probate attorney with trustee's latest requests | 0.10 | 35.00 | CCM |
| | Receive and review Prehearing statement; prepare Prehearing for filing | 0.15 | 18.75 | PRL3 |
| Jun-05-09 | Receive client loan documents, create pdfs and set up new client directory (GN) | 0.15 | 18.75 | PRL1 |
| Jun-06-09 | Letter from client re Dominican hospital collection efforts; letter to collector re stay | 0.30 | 105.00 | CCM |
| Jun-12-09 | Receive and review info on Carol Harris IRA | 0.25 | 87.50 | CCM |
| Jun-15-09 | Receive and review info about Burt Harris IRA | 0.10 | 35.00 | CCM |
| Jun-17-09 | Letter to trustee with Burt Harris IRA info | 0.10 | 35.00 | CCM |
| | Receive and review Trustee Objection to Plan and prepare taxes for submission to the Trustee | 0.30 | 37.50 | PRL3 |
| Jun-18-09 | Appear at prehearing conference by telephone (one of the last matters on the calendar.) | 1.50 | 525.00 | RCM |
| | Email to client and client representatives re Trustee's Fourth Amended Objection items #2 and #3 | 0.35 | 43.75 | PRL3 |
| Jun-19-09 | Receive and review account statements re Trustee 4th Amended Objection item #3; Email to client confirming receipt of documentation and submission to Trustee | 0.65 | 81.25 | PRL3 |
| | Email to client representative re Ms. Harris' IRA re 4th Amended Trustee Objection item #2 | 0.15 | 18.75 | PRL3 |
| Jun-22-09 | Receive and review NM letter re student loan | 0.10 | 35.00 | CCM |
| | Draft Coversheet for Certificate of Debtor Education; send to clients with email cover (GN) | 0.40 | 50.00 | PRL1 |
| Jun-24-09 | Email to and from client representative re IRA standing per Trustee's 4th Amended Objection item #2; receive and review IRA documents | 0.35 | 43.75 | PRL3 |
| Jun-25-09 | Gather and organize requested documentation per Trustee 4th Amended Objection item #2 and submit to Trustee | 0.35 | 43.75 | PRL3 |

| Date | Description | | | |
|------|-------------|--|--|--|
| Jul-02-09 | Draft prehearing statement | 0.25 | 87.50 | CCM |
| | Draft prehearing statement (GN) | 0.25 | 31.25 | PRL1 |
| Jul-16-09 | Confer with trustee re issues on revocable trust and inclusion of inheritance in estate | 0.30 | 105.00 | CCM |
| Aug-05-09 | Call from trustee re litigating trust issue | 0.30 | 105.00 | CCM |
| | Letter to trustee re lack of response on trust issues | 0.10 | 35.00 | CCM |
| Aug-07-09 | Telephone call with Scott Harris regarding parents bank accounts | 0.30 | 105.00 | RCM |
| Aug-11-09 | Call from client re status of trustee objections, his mortgage | 0.25 | 87.50 | CCM |
| Aug-13-09 | Exchange emails with Outis on status of dispute with trustee | 0.10 | 35.00 | CCM |
| Aug-17-09 | Exchange emails with Outis re issues in bankruptcy | 0.20 | 70.00 | CCM |
| Aug-18-09 | Exchange emails with Outis re interest in joint tenancy accounts | 0.10 | 35.00 | CCM |
| | Call from trustee re Harris joint tenancy bank accounts | 0.20 | 70.00 | CCM |
| | Email to client re developing record on joint tenancy accounts with parents | 0.10 | 35.00 | CCM |
| Aug-19-09 | Multiple email exchanges wth Outis, client re proving up parents' interest in JT account | 0.20 | 70.00 | CCM |
| Aug-20-09 | Monitor emails on actions by trustee of spendthrift trust | 0.25 | 87.50 | CCM |
| | Appear by phone at prehearing | 1.25 | 437.50 | CCM |
| Aug-22-09 | Receive and review prehearing statement and prepare for filing (NA) | 0.10 | 12.50 | PRL1 |
| Sep-03-09 | Telephone call from Chapter 13 Trustee regarding Bank Account of parents and evidentiary hearing | 0.40 | 140.00 | RCM |
| Sep-09-09 | Call from trustee re stipulated facts for hearing | 0.20 | 70.00 | CCM |
| | Review file for 06 amendment; email to Outis re same | 0.10 | 35.00 | CCM |
| | Receive and review amendment to trust | 0.20 | 70.00 | CCM |
| | Email to client regarding documentation needed | 0.30 | 105.00 | RCM |
| Sep-10-09 | Receive and review trustee's proposed stipulated facts | 0.20 | 70.00 | CCM |

Case: 08-56912    Doc# 61-1    Filed: 10/22/09    Entered: 10/22/09 10:05:22    Page 7 of 24

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Exchange emails with client re bank accounts of parents | 0.10 | 35.00 | CCM |
| | Work on documents relevant to trust issue; respond to trustee on stipulated facts | 1.00 | 350.00 | CCM |
| Sep-11-09 | Call from trustee re stipulated facts | 0.20 | 70.00 | CCM |
| | Second call from trustee re stipulated facts, tracing Metro account | 0.10 | 35.00 | CCM |
| Sep-14-09 | Exchange emails with client re trustee and trust | 0.10 | 35.00 | CCM |
| Sep-15-09 | Draft Scott declaration and email to him | 0.60 | 210.00 | CCM |
| | Review Court's tentative ruling | 0.10 | 35.00 | RCM |
| | Draft cover sheet and fax Trustee the Declaration Of Scott Harris | 0.20 | 0.00 | PRL2 |
| Sep-16-09 | Revise Motion to Avoid Lien to conform to Court gudelines. Review Exhibits and draft declaration of Scott Harris in support of Motion to Avoid Liens | 1.00 | 350.00 | RCM |
| | Receive and review Avoid Lien pleadings and prepare for filing; Email and calls to client re declaration review and signature | 0.80 | 100.00 | PRL3 |
| Sep-17-09 | Appear at prehearing including shared travel to and from San Jose | 0.70 | 245.00 | CCM |
| | Receive and review debtor declaration re Avoid Lien and prepare for filing | 0.25 | 31.25 | PRL3 |
| Sep-24-09 | Receive and review Order Confirming Plan as entered | 0.10 | 12.50 | PRL3 |
| Oct-19-09 | Update creditor matrix for fee application | 0.60 | 75.00 | PRL1 |
| Nov-12-09 | Estimated time to draft order for fee application | 0.30 | 105.00 | RCM |
| | Totals | 44.50 | $12,057.50 | |

## DISBURSEMENTS

| Date | Description | Disbursements | Receipts |
|---|---|---|---|
| Dec-01-08 | Ck # 2350 (Retainer) | | 1,000.00 |
| Dec-17-08 | Ck # 2354 (Filing Fee) | | 274.00 |
| Oct-07-09 | BALANCE OF OCP APPROVED FEES | | 3,300.00 |
| Oct-31-08 | PHOTOCOPIES | 2.00 | |

|  |  |  |
|---|---|---|
|  | POSTAGE | 0.59 |
| Nov-26-08 | FILING FEE | 274.00 |
| Dec-11-08 | UPS MAILING | 14.28 |
| Dec-15-08 | UPS MAILING | 14.28 |
| Dec-26-08 | TELEPHONE CHARGES | 0.60 |
| Dec-31-08 | FILING FEE (Amend Matrix) | 26.00 |
|  | PHOTOCOPIES | 35.20 |
|  | POSTAGE | 16.55 |
| Jan-26-09 | TELEPHONE CHARGES | 0.04 |
| Jan-31-09 | PHOTOCOPIES | 28.80 |
|  | POSTAGE | 1.34 |
|  | PACER ELECTRONIC DOCKET | 0.72 |
| Feb-28-09 | POSTAGE | 7.13 |
|  | PHOTOCOPIES | 11.00 |
| Mar-31-09 | PHOTOCOPIES | 2.40 |
|  | POSTAGE | 9.18 |
|  | INCOMING FAXES | 6.00 |
|  | RESEARCH ON LEXIS NEXIS FOR ONTH OF MARCH 2009 | 83.39 |
| Apr-30-09 | RESEARCH ON LEXIS NEXIS FOR ONTH OF APRIL 2009 | 7.93 |
|  | PHOTOCOPIES | 6.00 |
|  | POSTAGE | 0.87 |
|  | INCOMING FAXES | 0.80 |
| May-31-09 | POSTAGE | 2.92 |
|  | PHOTOCOPIES | 6.60 |
|  | TELEPHONE CHARGES | 0.82 |

| Date | Description | | |
|---|---|---|---|
| Jun-18-09 | COURT CONFERENCE CALL | 30.00 | |
| Jun-26-09 | TELEPHONE CHARGES | 0.24 | |
| Jun-30-09 | PHOTOCOPIES | 16.60 | |
| | POSTAGE | 2.83 | |
| | INCOMING FAXES | 3.80 | |
| Jul-26-09 | TELEPHONE CHARGES | 0.07 | |
| Jul-31-09 | POSTAGE | 1.42 | |
| | PHOTOCOPIES | 1.60 | |
| Aug-20-09 | COURT CONFERENCE CALLS | 41.20 | |
| Aug-31-09 | POSTAGE | 2.85 | |
| | PHOTOCOPIES | 3.40 | |
| Sep-30-09 | POSTAGE | 22.52 | |
| | PHOTOCOPIES | 34.40 | |
| | INCOMING FAXES | 3.00 | |
| Oct-23-09 | PHOTOCOPIES | 53.00 | |
| | POSTAGE | 28.21 | |
| | Totals | $804.58 | $4,574.00 |
| | **Total Fees, Disbursements** | | **$8,288.08** |
| | Previous Balance | | $0.00 |
| | Payments applied to previous balance | | $0.00 |
| | **Balance Due Now** | | **$8,288.08** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5
Bankruptcy of
**SCOTT AND BONNIE HARRIS**
Bk. No.
**08-56912**

**EXHIBIT C**

**CLAIMS MATTER**
**# 62102**

| INITIALS | TIMEKEEPER | HOURLY RATE | HOURS | AMOUNT |
|----------|------------|-------------|-------|--------|
| CCM | CATHLEEN COOPER MORAN | $350.00 | 0.40 | $140.00 |
| | TOTAL TIME & FEES IN THIS MATTER | | 0.40 | $140.00 |

# MORAN LAW GROUP, INC.

1674 N. Shoreline Blvd.
Suite 140
Mountain View, CA 94043-1375

Ph: 650-694-4700          Fax: 650-694-4818

Scott & Bonnie Harris                                      Nov 12, 2009
10735 Visitar St.
Felton, CA 95018

|  |  |
|---|---|
| File #: | 62102 |
| Inv #: | 11282 |

RE:    CLAIMS

| DATE | DESCRIPTION | HOURS | AMOUNT | INDIV |
|------|-------------|-------|--------|-------|
| Dec-30-08 | Receive and review claim one | 0.10 | 35.00 | CCM |
| Dec-31-08 | Receive and review three newly filed claims | 0.10 | 35.00 | CCM |
| Jan-02-09 | Receive and review claim five | 0.10 | 35.00 | CCM |
| Mar-11-09 | Receive and review transfer of student loan claim | 0.10 | 35.00 | CCM |
| | Totals | 0.40 | $140.00 | |

| | |
|---|---|
| **Total Fees, Disbursements** | **$140.00** |
| Previous Balance | $0.00 |
| Payments applied to previous balance | $0.00 |
| **Balance Due Now** | **$140.00** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5
Bankruptcy of
**SCOTT AND BONNIE HARRIS**
Bk. No.
**08-56912**

**EXHIBIT D**

**FEE APP PREPARATION**
**# 62101F**

| INITIALS | TIMEKEEPER | HOURLY RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| CCM | CATHLEEN COOPER MORAN | $350.00 | 2.00 | $700.00 |
| PRL1 | BARBARA NEWTON | $125.00 | 4.80 | $330.00 * |
| | TOTAL TIME & FEES IN THIS MATTER | | 6.80 | $1,030.00 |

*indicates some discounted fees

# MORAN LAW GROUP, INC.

1674 N. Shoreline Blvd.
Suite 140
Mountain View, CA 94043-1375

Ph: 650-694-4700          Fax: 650-694-4818

Scott & Bonnie Harris                                      Nov 13, 2009
10735 Visitar St.
Felton, CA 95018

|  |  |
|---|---|
| File #: | 62101F |
| Inv #: | 11283 |

RE:    FEE APP PREPARATION

| DATE | DESCRIPTION | HOURS | AMOUNT | INDIV |
|------|-------------|-------|--------|-------|
| Oct-19-09 | Review time records for project billing and in preparation for writing narrative | 0.30 | 105.00 | CCM |
|  | Draft fee application and exhibits less the legal narrative | 4.00 | 230.00 | PRL1 |
| Oct-20-09 | Draft narrative for fee app | 0.50 | 175.00 | CCM |
|  | Draft notice, debtors' declaration and letter to clients for fee application | 0.80 | 100.00 | PRL1 |
| Oct-22-09 | Review and execute notice and fee application | 0.20 | 70.00 | CCM |
| Nov-12-09 | Estimated time to appear at hearing for fee application | 1.00 | 350.00 | CCM |
|  | Totals | 6.80 | $1,030.00 |  |

| | |
|---|---|
| **Total Fees, Disbursements** | **$1,030.00** |
| Previous Balance | $0.00 |
| Payments applied to previous balance | $0.00 |
| **Balance Due Now** | **$1,030.00** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5
Bankruptcy of
**SCOTT AND BONNIE HARRIS**
No.
**08-56912**

**EXHIBIT E**

**EXPENSE SCHEDULE**

| | |
|---|---|
| Cost of Copies | $172.20 |
| ( 861 copies @ $0.20/copy) | |
| Research Costs | $91.32 |
| Cost of Postage | $125.21 |
| Court Expenses | $371.20 |
| Long Distance & Local Toll Telephone | $1.77 |
| Facsimilies | $13.60 |
| ( 68 pages @$0.20/page) | |
| Overnight Mail | $28.56 |
| PACER - Electronic Docket | $0.72 |
| Total Expenses in this Application | $804.58 |
| Reimbursed | $274.00 |
| Total Unreimbursed Expenses | $530.58 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5
Bankruptcy of
**SCOTT AND BONNIE HARRIS**
Bk. No.
**08-56912**


**EXHIBIT F**


**TRANSMITTAL LETTER TO DEBTORS**

# MORAN LAW GROUP

1674 N. Shoreline Blvd., Suite 140
Mountain View, California 94043
Telephone: 650-694-4700    Facsimile: 650-694-4818
www.moranlaw.net

**Cathleen Cooper Moran***
**Renée C. Mendoza**

*Certified Specialist, Personal and Small
Business Bankruptcy Law, The State Bar
of California Board of Legal Specialization

October 22, 2009

Scott and Bonnie Harris
10735 Visitar St.
Felton, CA 95018

Dear Mr. and Mrs. Harris:

The Representation Agreement that we entered into at the commencement of your case provided for minimum fees of $4,300.00. We discussed, and the Representation Agreement reflected, that the actual cost might be greater than the minimum fee. That is, in fact, what has happened in your case.

Accordingly, I am preparing to apply to the Court for approval of additional fees which, upon approval, will be paid by the trustee from the payments you make monthly into the plan.

The court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees provide that a debtor must exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals. We invite you to discuss any objections, concerns or questions you may have with us. The Office of the United States Trustee will also accept your comments. The court will also consider timely filed objections by any party in interest at the time of the hearing. Accordingly, I have enclosed the Application as I propose to file it.

Please review it and contact me with any questions or disputed entries.

If the Application is acceptable as prepared, please sign and return the enclosed Declaration in the self addressed envelope provided. That will enable me to timely comply with the local requirements.

Very truly yours,

CATHLEEN COOPER MORAN

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5
Bankruptcy of
**SCOTT AND BONNIE HARRIS**
Bk. No.
**08-56912**


**EXHIBIT G**


**PARALEGAL RESUMES**

## NOELLE ALYASSINI

MORAN LAW GROUP, INC.
1674 N. SHORELINE BLVD.
SUITE 140
MOUNTAIN VIEW, CA 94043
(650) 694-4700

## EDUCATION

Current        DeAnza College - Paralegal Studies

June 2008      Bachelor of Music - Classical Vocal Performance
               University of California at Santa Cruz


## EXPERIENCE

January 2009 -     MORAN LAW GROUP, INC., MT. VIEW, CA
present            Paralegal. Front desk responsibilities including call routing and new client intake;
                   organization and preparation of Debtor Ch.7, 13 Petitions; calculation of Means
                   Test and Current Monthly Income; drafting of pleadings for attorney and client
                   signature, correspondence, and claims matters; appointment scheduling for
                   attorneys.


August 2008 -      CISCO IRONPORT SYSTEMS, SAN BRUNO, CA
January 2009       Administrative Assistant. Front desk responsibilities included the answering and
                   directing of incoming telephone calls; opened and distributed mail; handled
                   scheduling of conference rooms for San Bruno building and all other domestic
                   and international Cisco buildings; ordered supplies for employee requests;
                   planned and organized employee events; executed projects for different
                   departments including IT, Accounting, and Marketing.


December 2007 -    ALLEGRO MUSIC SCHOOL, FOSTER CITY, CA
January 2009       Choir Director and Vocal Teacher. Developed choir program for 3 yearly
                   performances. Taught 10-15 children concert repertoire. Taught private voice
                   lessons to students. Handled incoming payments to school.

**ANNE GRUGAN**

MORAN LAW GROUP, INC.
1674 N. SHORELINE BLVD.
SUITE 140
MOUNTAIN VIEW, CA 94043
(650) 694-4700

**EDUCATION**

Bachelors of Arts - Sociology
University of Southern California, Los Angeles, California

**EXPERIENCE**

| | |
|---|---|
| 12/03 - present | **MORAN LAW GROUP, INC., MT. VIEW, CA**<br>Paralegal.  Responsibilities include organization and preparation of fee applications; preparation of Monthly Operating Report; preparation of Debtor Ch.7, 11 & 13 Petitions; collection and analysis of factual information; accounting and bookkeeping tasks; document production for court filing; production of correspondence; appointment scheduling for attorneys; |
| 04/00-07/03 | **ALLOY VENTURES INC., PALO ALTO, CA**<br>Accounting Administrator.  Managed all aspects of cash transactions on more than 40 bank accounts, including accounts payable, accounts receivable, capital contributions to partnerships, venture capital investment allocations and disbursements, monthly reconciliations and supporting schedules.  Prepared credit line advance and pay down request, quarterly journal entries, supporting schedules and financial statements.  Discussed investment closing matters with attorneys and other involved parties. |
| 03/99-04/00 | **PALO ALTO DAILY NEWS, PALO ALTO, CA**<br>Accountant.  Accounts receivable, collections, billing, customer service, prepared reports, balanced petty case and audited sales and classified staff's work. |
| 12/94-03/99 | **CALIFORNIA FEDERAL BANK, PALO ALTO, CA**<br>Financial Services Representative/Broker.  Supervised Teller and New Accounts staff as well as counseled business persons and individuals on bank products and brokerage investments.  Received 4 promotions and 9 pay increases during the years at Glendale/Cal Fed. |

**STEPHEN R. MORAN**

MORAN LAW GROUP, INC.
1674 N. SHORELINE BLVD.
SUITE 140
MOUNTAIN VIEW, CA 94043
(650) 694-4700

## EDUCATION

BS Magna Cum Laude in Mathematics - Seattle University
Graduate Work and Teaching Assistantship in Mathematics - Purdue University

## EXPERIENCE

**Moran Law Group: Oct 2007 – Present**
   **Consulting Case Analyst** responsible for evaluation and assembly of bankruptcy case documents.

**Moran Analytics: Aug 2003 – Present**
   **Consultant to Aerospace Contractors.** Perform life cycle cost analysis and cost risk analysis; present results to client management and clients' customers.

**Lockheed Martin (LM): 1982 - July 2003 (Retired)**
   **Life Cycle Cost Analysis Support:** 1994 – July 2003
Lead life cycle cost (LCC) analyst on multiple space program studies and proposal. Lead technical interface with the customer's life cycle cost team, successfully promoting an atmosphere of cooperation and easy exchange of technical information.
   **Cost Model Development:** 1994 - July 2003
Developed and maintained a top-level space program life cycle cost model that has received much exposure and many favorable reviews within the AF/SMC and Navy/SPAWAR cost analysis communities.
   **Cost-Risk Analysis Support:** 1996 - July 2003
Developed an LM cost-risk model based on monte carlo simulation that has been used successfully on multiple programs and proposal efforts. Customer feedback indicates this model was a significant factor in LM's win of the SBIRS High competition. The GPS III JPO LCC team commented that it is the most comprehensive cost-risk approach they have seen.
   **Group Engineer (Supervisor) - Cost Modeling & Risk Analysis:** 1987 - 1997
Supervised a staff of 14 analysts to provide cost modeling and risk analysis capability for a large number of space programs.
   **Staff Engineer on SDI and Space Station Programs:** 1982 - 1987

**BARBARA NEWTON**

MORAN LAW GROUP, INC.
1674 N. SHORELINE BLVD.
SUITE 140
MOUNTAIN VIEW, CA 94043
(650) 694-4700

**EDUCATION**

Bachelors of Arts - English
University of California, Berkeley, California

**EXPERIENCE**

| | |
|---|---|
| 02/06 - present | MORAN LAW GROUP, INC., MT. VIEW, CA<br>Paralegal.  Responsibilities include organization and preparation of fee applications; gather and file client income taxes; process client notice of change of address documents; production of correspondence; appointment scheduling for attorneys. |
| 05/04-03/05 | METRIKA, SUNNYVALE, CA<br>Customer Service Representative.  Processed product orders; provided technical support to healthcare staff and patients; enlisted new customers by promoting product benefits; supported sales team activities. |
| 12/02-06/03 | PROJECT HIRED, SANTA CLARA, CA<br>Corporate Development Associate.  Cultivated corporate partner relationships and sought new business sponsors; facilitated and co-planned partner educational workshops; assisted at fund-raising events. |
| 1996-08/01 | HEWLETT-PACKARD CO., MT. VIEW, CA<br>Major Account Representative.  Provided educational consulting services to premier customers; sold service contracts to increase revenue; led team customer satisfaction and mentoring programs; functioned as lead business liaison to US regional sites and to corporate partners. |

**GARY NORTON**

MORAN LAW GROUP, INC.
1674 N. SHORELINE BLVD.
SUITE 140
MOUNTAIN VIEW, CA 94043
(650) 694-4700

## EDUCATION

Current    Foothill College - Political Science

## EXPERIENCE

September 2006 -
present

MORAN LAW GROUP, INC., MT. VIEW, CA
<u>Paralegal</u>.  Front desk responsibilities including call routing and new client intake; prepare of debtor chapter 7 and 13 petitions; calculation of Means Test and Current Monthly Income; organizing client pleadings, correspondence, and claims matters; appointment scheduling for attorneys.

February 2007 -
May 2007

VIENNE VAI TRATTORIA, SAN LUIS OBISPO, CA
<u>Server</u>.  Responsibilities included preparing and serving beverages and foods to restaurant goers; stocking of premium brand liquors, wines, and ales.  Side responsibilities included monthly inventory assessment of food and beverage supplies.

June 2004 -
March 2005

WHOLE FOODS MARKET, SAN MATEO, CA
<u>Associate - Produce Department</u>. Scanned and stocked fresh produce for display and sale; assisted customers in food selection, pairing, and transportation; recycling of wholesale packaging.

January 2003 -
July 2003

ST. ELIZABETH SETON SCHOOL, PALO ALTO, CA
<u>Head Basketball Coach</u>.  Volunteered with this private institution to provide service for students, parents, and faculty.  Responsibilities varied on a day-to-day basis and included not coaching but also instilling team spirit, unity, and community in the young players; taught all aspects of physical fitness, dietary regiments, in-game play and drills; transported the team to and from games and practices.

**ERIK RODGERS**

MORAN LAW GROUP, INC.
1674 N. SHORELINE BLVD.
SUITE 140
MOUNTAIN VIEW, CA 94043
(650) 694-4700

## EDUCATION

June 2005    Bachelor of Arts - German Studies
             University of California at Santa Barbara

## EXPERIENCE

January 2007 -    MORAN LAW GROUP, INC., MT. VIEW, CA
present           <u>Paralegal</u>.  Responsibilities include organization and preparation of Debtor Ch.7,
                  13 Petitions; drafting of pleadings for attorney and client signature; facilitation of
                  secured debt surrenders if debt is not reaffirmed; calculation of Means Test and
                  Current Monthly Income; collection and analysis of factual information;
                  document production for court filing; production of correspondence; appointment
                  scheduling for attorneys.

March 2006 -      PARENT-SORENSEN MORTUARY & CREMATORY, PETALUMA, CA
October 2006      <u>Funeral Director</u>.  Arranged and directed funeral service provisions for survivors
                  of the recently deceased.  Responsibilities included care of the departed; funeral
                  service scheduling and arrangement; obituary submission; product handling and
                  sales; supply ordering and inventory record keeping.  Side responsibilities
                  included landscaping of grounds; building upkeep; and maintenance of corporate
                  vehicles.

August 2005 -     THE GRAND DEL MAR, SAN DIEGO, CA
February 2006     <u>Bartender & Server</u>.  Responsibilities included preparing and serving beverages
                  and foods to club members and guests; stocking and ordering of premium brand
                  liquors, wines, and ales.  Side responsibilities included weekly account routing
                  and monthly inventory taking of food and beverage supplies.

March 2004 -      LENGGENHAGER MORTUARY, ELMSHORN, GERMANY
June 2004         <u>Assistant to Funeral Directors</u>.  Interned at this funeral home as part of an
                  educational requirement for the commencement of a study year abroad.
                  Responsibilities included care of the departed and funeral service direction.
                  Minor duties included casket furnishing and building upkeep.  The primary
                  purpose of the internship was for insight on the German way of death and
                  culminated in a comparison and contrast of the rites with that of ours in the US.