# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

In Re: ) Chapter 13
)
SCOTT L. AND BONNIE LEE HARRIS, ) Bankruptcy No. 08-56912
)
) Date: November 12, 2009
) Time: 2:00 p.m.
) Place: 280 S. First St., Room 3099,
) San Jose, CA 95113
Debtor(s). )
_____ ) HON. ROGER L. EFREMSKY

**NOTICE OF HEARING RE: APPLICATION FOR COMPENSATION BY ATTORNEY FOR DEBTORS**

To the creditors of the above-named Debtors and other parties in interest:

    NOTICE IS HEREBY GIVEN that a hearing will be held in the Courtroom of THE HONORABLE ROGER L. EFREMSKY, Bankruptcy Judge, Room 3099, 280 South First Street, San Jose, California 95113, on November 12, 2009, at 2:00 p.m., to consider and act upon the application for compensation filed by MORAN LAW GROUP, INC., attorneys for the Debtors, for additional attorneys' fees in the amount of $8,927.50; approval of total expenses in the amount of $804.58; and payment of unreimbursed expenses in the amount of $530.58.

    Please be advised that if approved these fees will be paid through the Debtors' confirmed Chapter 13 Plan.

    BE FURTHER ADVISED, that if you wish to object to the Application, the objection should be in writing and filed with the Bankruptcy Clerk at 280 S. First St., 3rd Fl., San Jose, CA 95113, and served upon Counsel for debtor at the address noted below, at least five days prior to the hearing. Additional information is set forth in the Application which will be available at the Court.

    MORAN LAW GROUP, INC.

Dated: _____  _____
    CATHLEEN COOPER MORAN
    Attorney for Debtors

MORAN LAW GROUP, INC.
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043
(650) 694-4700