MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| SCOTT L. AND BONNIE LEE HARRIS, | ) | Bankruptcy No. 08-56912 |
| | ) | |
| | ) | Date: November 12, 2009 |
| | ) | Time: 2:00 p.m. |
| | ) | Place: 280 S. First St., Room 3099, San Jose, CA 95113 |
| Debtor(s). | ) | |
| _____ | ) | HON. ROGER L. EFREMSKY |

## CERTIFICATE OF SERVICE BY MAIL

I, Barbara Newton, declare as follows:

I am employed in the County of Santa Clara, California; I am over the age of 18 years, and not a party to the within action; my business address is 1674 N. Shoreline Blvd., Suite 140, Mountain View, California 94043.

I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

On October 22, 2009, I served a copy, with all exhibits, of the following document(s):

**1)  NOTICE OF HEARING RE: APPLICATION FOR COMPENSATION BY ATTORNEY FOR DEBTORS**

on the party or parties named below by following ordinary business practice, placing a true copy thereof enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for first class delivery, postage fully prepaid, in the United States Postal Service that same day in the ordinary course of

/ / / / /
/ / / / /
/ / / / /

1  business, addressed as follows:

2  **SEE ATTACHED LIST**

3      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on October 22, 2009,
4  at Mountain View, California.

                                              _____
                                              Barbara Newton

| | | |
|---|---|---|
| AFNI<br>PO Box 3427<br>Bloomington, IL 61702-3427 | Asset Acceptance LLC<br>Assignee / GREAT SENECA<br>P.O. Box 2036<br>Warren, MI 48090-2036 | Atty Gen, US Dept of Justice<br>Civil Trial Sec., Western Reg.<br>PO Box 683, Ben Franklin Stat.<br>Washington, DC 20044-0683 |
| Aurora Loan Services<br>Attn: Bankruptcy Dept<br>2617 College Park<br>PO Box 1706<br>Scottsbluff, NE 69363-1706 | Aurora Loan Services LLC<br>10350 Park Meadows Dr.<br>Littleton, CO 80124-6800 | Bank of America<br>P.O. Box 15026<br>Wilmington, DE 19850-5026 |
| Bank of America<br>PO Box 1390<br>Norfolk, VA 23501-1390 | Bay Federal Credit Union<br>3333 Clares St<br>Capitola, CA 95010-2564 | Bay Federal CU<br>c/o Scheer Law Group, LLC<br>155 N. Redwood Dr., #100<br>San Rafael, CA 94903-1966 |
| CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280 | CA Franchise Tax Board<br>Special Procedures<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Capital One Bank USA NA<br>P.O. Box 30281<br>Salt Lake City, UT 84130-0281 |
| Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Chex Systems, Inc<br>Attn: Consumer Relations<br>7805 Hudson Rd, Suite 100<br>Woodbury, MN 55125-1703 | Citi<br>Cutomer Service<br>P.O. Box 6000<br>The Lakes, NV 89163 |
| Dominican Hospital<br>1555 Soquel Dr<br>Santa Cruz, CA 95065-1794 | Eva Alexandra Delateur<br>Office of the Chapter 13 Trustee<br>P.O. Box 50013<br>San Jose, CA 95150-0013 | FIA Card Svcs NA aka Bank of America<br>P.O. Box 91121, MS 550<br>Seattle, WA 98111-9221 |
| GE Money Bank<br>Attn: Bankruptcy Dept<br>PO Box 103106<br>Roswell, GA 30076-9106 | GE Money Bank<br>c/o Recovery Mgmt Systems<br>25 SE 2nd Ave., #1120<br>Miami, FL 33131-1605 | GE Money Bank<br>Care of GE Consumer Finance<br>dba CARE CREDIT / GEMB<br>P.O. Box 960061<br>Orlando, FL 32896-0061 |
| HSBC<br>12447 SW 69th Ave<br>Attn: Dispute Processing<br>Tigard, OR 97223-8517 | HSBC Bank<br>PO Box 5253<br>Carol Stream, IL 60197-5253 | Internal Revenue Service<br>Insolvency, MS 5420/5430<br>Special Procedures<br>55 S. Market St<br>San Jose, CA 95113 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126, Stop N781<br>Philadelphia, PA 19114-0326 | Jefferson Capital Systems<br>PO Box 7999<br>St. Cloud, PA 19044-7999 | NCO Financial<br>507 Prudential Rd<br>Horsham, PA 19044-2368 |
| New Mexico Student Loans<br>NMEAF<br>Bankruptcy Dept.<br>PO Box 93970<br>Albuquerque, NM 87103-3970 | PRA Receivables Management, LLC<br>As agent of Portfolio Recov. Assocs.<br>P.O. Box 41067<br>Norfolk, VA 23541-1067 | RJM Acquistions LLC<br>575 Underhill Blvd., Ste. 224<br>Syosset, NY 11791-3416 |

| | | |
|---|---|---|
| Roundup Funding<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Secretary of the Treasury<br>15th & Pennsylvania Ave. NW<br>Washington, DC 20220 | State Board Of Equalization<br>Attn: Spec. Proced. Sect. MIC:55<br>PO Box 942879<br>Sacramento, CA 94279 |
| Reginal J. Storment<br>NM Educational Assistance Foundatn.<br>Attn: Bankruptcy Dept.<br>P.O. Box 93970<br>Albuquerque, NM 87199-3970 | Linh K. Tran<br>Weinstein, Treiger & Riley<br>2101 4th Ave., #900<br>Seattle, WA 98121 | Triumph Partnerships, LLC<br>MS 550<br>P.O. Box 91121<br>Seattle, WA 98111-9221 |
| Union Plus Credit Card<br>PO Box 80027<br>Salinas, CA 93912-0027 | Unique National Collection<br>119 E Maple St<br>Jeffersonville, IN 47130-3439 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 |
| US Atty, Chief Tax Division<br>450 Golden Gate Ave<br>10th Floor, Box 36055<br>San Francisco, CA 94102-3661 | Wells Fargo Bank, N.A.<br>PO Box 4233<br>Portland, OR 97208-4233 | Wells Fargo Bank<br>MAC-X2303-04G<br>1 Home Campus<br>Des Moines, IA 50328 |
| Wells Fargo Bank, NA<br>PO Box 14469, MAC X2303-04G<br>Des Moines, IA 50306-3469 | Reilly Wilkinson<br>Scheer Law Group<br>155 N. Redwood Dr., #100<br>San Rafael, CA 94903-1966 | eCAST Settlement Corp., assignee<br>of Capitol One Bank<br>P.O. Box 35480<br>Newark, NJ 07193-5480 |
| eCAST Settlement Corp., assignee<br>of Bank Nevada & its Assigns<br>P.O. Box 35480<br>Newark, NJ 07193-5480 | eCAST Settlement Corp., assignee<br>of Chase Bank USA NA<br>P.O. Box 35480<br>Newark, NJ 07193-5480 | |