MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In Re: ) | Chapter 13 |
| ) | |
| SCOTT L. AND BONNIE LEE HARRIS, ) | Bankruptcy No. 08-56912 |
| ) | |
| ) | Date: November 12, 2009 |
| ) | Time: 2:00 p.m. |
| ) | Place: 280 S. First St., Room 3099, San Jose, CA 95113 |
| Debtor(s). ) | |
| _____ ) | HON. ROGER L. EFREMSKY |

**DECLARATION OF SCOTT L. AND BONNIE LEE HARRIS
IN SUPPORT OF APPLICATION FOR COMPENSATION
BY ATTORNEY FOR DEBTORS**

We, SCOTT L. AND BONNIE LEE HARRIS, hereby declare as follows:

1. We are the above-captioned debtors and our address is 10735 Visitar St., Felton, CA 95018. We make this declaration of our own personal knowledge and if called as witnesses could and would competently testify thereto.

2. We have read the Application for Fees filed by Moran Law Group, Inc. and the billing statements attached and approve the Application as requested.

We declare under penalty of perjury under the laws of the United States of America

/ / / / /

/ / / / /

-1-

DECLARATION OF SCOTT L. AND BONNIE LEE HARRIS
IN SUPPORT OF APPLICATION FOR COMPENSATION
BY ATTORNEY FOR DEBTORS

that the foregoing is true and correct.

Dated: _____          _____
                                   SCOTT L. HARRIS


Dated: _____          _____
                                   BONNIE LEE HARRIS

-2-

DECLARATION OF SCOTT L. AND BONNIE LEE HARRIS IN SUPPORT OF APPLICATION FOR COMPENSATION BY ATTORNEY FOR DEBTORS