| | |
|---|---|
| 1 | MORAN LAW GROUP, INC. |
| | CATHLEEN COOPER MORAN, I.D. #83758 |
| 2 | RENÉE C. MENDOZA, I.D. #139939 |
| | 1674 N. Shoreline Blvd., Suite 140 |
| 3 | Mountain View, CA 94043-1375 |
| | Tel.: (650) 694-4700 |
| 4 | Fax: (650) 694-4818 |
| | E-mail: Cathy@moranlaw.net |
| 5 | |
| | Attorney for Debtors |

**The following constitutes
the order of the court. Signed January 04, 2010**

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

In Re:                                                    )        Chapter 13
                                                          )
SCOTT AND BONNIE HARRIS,                )        Bankruptcy No. 08-56912
                                                          )
                                                          )        Date: November 12, 2009
                                                          )        Time: 2:00 p.m.
                                                          )        Room: 3099
                  Debtor(s).                         )
_____ )        HON. ROGER L. EFREMSKY

**ORDER GRANTING APPLICATION FOR COMPENSATION
BY ATTORNEY FOR DEBTORS**

This matter came on for hearing on November 12, 2009 on the application of MORAN LAW GROUP, INC., attorneys for the debtor, Scott and Bonnie Harris for approval of attorney's fees and expenses. Cathleen Cooper Moran  appeared on behalf of MORAN LAW GROUP, INC. Notice to creditors has been duly given.

IT IS HEREBY ORDERED that the application of MORAN LAW GROUP, INC. for attorney's fees of $8,927.50 and total expenses of $ 804.58 is hereby approved and the

/ / /

/ / /

/ / /

1 Chapter 13 trustee is hereby authorized to pay to applicant, as an administrative claim, fees
2 of $ 8,927.50  and unreimbursed expenses of $ 530.58.

**END OF ORDER**

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | Moran Law Group, Inc.<br>1674 N. Shoreline Blvd., Ste. 140 |
| 3 | Mountain View, CA 94043 |
| 4 | Devin Derham-Burk, Trustee<br>P.O. Box 50013 |
| 5 | San Jose, CA 95150 |
| 6 | United States Trustee<br>280 South First Street |
| 7 | Suite 268<br>San Jose, CA 95113 |
| 8 | |
| 9 | Scott and Bonnie Harris<br>10735 Visitar St.<br>Felton, CA 95018 |

ORDER GRANTING APPLICATION FOR COMPENSATION BY
ATTORNEY FOR DEBTOR