# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−5 | User: jsekigaha | Date Created: 1/4/2010 |
| Case: 08−56912 | Form ID: pdfeoc | Total: 5 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee / SJ      USTPRegion17.SJ.ECF@usdoj.gov
tr      Devin Derham−Burk      ctdocs@ch13sj.com
aty      Cathleen Cooper Moran      ecf@moranlaw.net,renee@moranlaw.net

                                                                         TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Scott L. Harris      10735 Visitar St.      Felton, CA 95018
jdb      Bonnie Lee Harris      10735 Visitar St.      Felton, CA 95018

                                                                          TOTAL: 2